625 A.2d 52

**Nancy E. FULTON, Appellee,**

**v.**

**Richard W. FULTON and Frances L. Fulton, his wife, Appellants.**

Supreme Court of Pennsylvania.

Argued March 11, 1993.

Decided May 26, 1993.

Neil J. Marcus, Scott W. Spadafore, Carol L. Hanna, Monongahela, for appellants.

Charles C. Keller, Richard J. Amrhein, Peacock, Keller, Yohe, Day & Ecker, Washington, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.